cc: /lek/
Mr. Strojnik

Peter Strojnik,
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ps@strojnik.com
*pro se*

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Peter Strojnik,

Plaintiff,

vs.

Island Acquisitions Kapalua LLC dba Montage Kapalua Bay

Defendant.

Case No: 1:18-cv-00409-LEK-RLP

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL PARTIES AND ALL CAUSES OF ACTION

PLEASE TAKE NOTICE that Plaintiff voluntarily dismisses the above cause with prejudice as to all parties and all causes of action.

RESPECTFULLY SUBMITTED this 29th day of November, 2018.

PETER STROJNIK

Plaintiff